# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STANLEY R. PALOWSKY, III,
INDIVIDUALLY AND ON BEHALF
OF ALTERNATIVE ENVIRONMENTAL
SOLUTIONS, INC.

NO.   2020 CW 0997

VERSUS

ALLYSON CAMPBELL

**OCTOBER 29, 2020**

---

In Re:   Stanley R. Palowsky, III, individually and on behalf
of Alternative Environmental Solutions, Inc., applying
for supervisory writs, 4th Judicial District Court,
Parish of Ouachita, No. 152179.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT TRANSFERRED.**   This court has no jurisdiction over a
writ application arising out of Ouachita Parish.   La. R.S.
13:312(2)(a) designates the Parish of Ouachita as subject to the
jurisdiction of the Second Circuit Court of Appeal, and
accordingly, this writ application is hereby transferred to the
Second Circuit Court of Appeal.   The September 7, 2016 Order
issued by the Louisiana Supreme Court transferred a prior appeal
in this case to this court, but did not confer continuing
jurisdiction to this court.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT